AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>KRAVITCH, PHYLLIS A. | 2. Court or Organization<br>U.S. Court of Appeals<br>Eleventh Circuit | 3. Date of Report<br><br>5/9/05 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br>United States Circuit Judge<br>(Senior Status) | 5. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  X  Annual ___ Final | 6. Reporting Period<br><br>1/1/04 – 12/31/04 |
| 7. Chambers or Office Address<br>56 Forsyth Street, N.W.<br>Atlanta, GA 30303 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X  NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X  NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| X  NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| N/A  NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

RECEIVED
MAY 16  2 58 PM '05
FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| KRAVITCH, PHYLLIS A. | 5/9/05 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | University of Pennsylvania | September 22-23, 2004, Philadelphia, PA Portrait Ceremony (Lodging) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| KRAVITCH, PHYLLIS A. | 5/9/05 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, COMMON STOCK | | | | | | | | | |
| 1 AT&T | A | Div. | J | T | | | | | |
| 2 AT&T Wireless | | none | | | Sell | 10/27 | J | | |
| 3 Agere A & B | | none | J | T | | | | | |
| 4 Avaya | | none | J | T | | | | | |
| 5 Bank of Amer ca | D | Div. | M | T | | | | | |
| 6 Bell South | B | Div. | K | T | Part Sale | 6/21 | J | J | |
| 7 BP PLC | A | Div. | J | T | | | | | |
| 8 Cisco | | Div. | | | Sell | 10/8 | J | | |
| 9 Coca-Cola | B | Div. | L | T | Part Sale | 6/21 | J | J | |
| 10 Comcast | | none | J | T | | | | | |
| 11 Con Ed. | A | Div. | J | T | | | | | |
| 12 Eastman Chem. | A | Div. | J | T | | | | | |
| 13 Exxon-Mobil | A | Div. | M | T | Part Sale | 6/21 | J | J | |
| 14 eneral Electric | A | Div. | J | T | | | | | |
| 15 Glaxo | A | Div. | J | T | | | | | |
| 16 Home Depot | A | Div. | L | T | | | | | |
| 17 IBM | A | Div. | K | T | Part Sale | 6/21 | J | J | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) COMMON STOCK | | | | | | | | | |
| 18 Intel | A | Div. | J | T | | | | | |
| 19 Jet Blue | | none | J | T | | | | | |
| 20 John Hancock Inc. Sec. | B | Div. | K | T | Add'l Buy | 11/26 | J | | |
| 21 Lucent Technologies | | none | J | T | | | | | |
| 22 Merck | A | Div. | J | T | | | | | |
| 23 Microsoft | A | Div. | J | T | | | | | |
| 24 Post Pr perties | A | Div. | J | T | | | | | |
| 25 Pfizer | D | Div. | M | T | | | | | |
| 26 Proctor/Gamble | A | Div. | J | T | | | | | |
| 27 SBC | B | Div. | K | T | Part Sale | 6/21 | J | J | |
| 28 Sun Trust Bank | D | Div. | M | T | Part Sale | 6/21 | K | J | |
| 29 3 M (MMM) | A | Div. | K | T | | | | | |
| 30 Verizon | B | Div. | K | T | | | | | |
| 31 Vodaphone Group PC | A | Div. | J | T | | | | | |
| 32 Winn-Dixie | | none | | | Sell | 2/5 | J | | |
| 33 Nuveen Funds | C | Div. | K | T | | | | | |
| 34 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| KRAVITCH, PHYLLIS A. | 5/9/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| **BONDS** | | | | | | | | | |
| 35 GA. State Tollway Auth. | A | Int. | J | T | | | | | |
| 36 Fulton Co. Dev. ( elta) | | Int. | | | Sell | 10/14 | J | | |
| 37 Atlanta Water Rev. Sv. | A | Int. | J | T | | | | | |
| 38 **PREFERRED STOCKS** | | | | | | | | | |
| 39 Hartford Life P eferred | A | Div. | J | T | | | | | |
| 40 **FUN S IN BANK** | | | | | | | | | |
| 41 Bank of America(accounts) | B | Int. | M | T | | | | | |
| 42 Sun Trust BAnk (CD) | B | Int. | K | T | | | | | |
| 43 Me  ill Lunch Money Market | B | Int. | K | T | | | | | |
| 44 **GOVERNMENT SECURIT ES** | | | | | | | | | |
| 45 U.S. Treasury Notes | A | Int. | K | T | | | | | |
| 46 **INSURANCE** | | | | | | | | | |
| 47 Metlife Fixed Annuity | A | Int. | J | T | | | | | |
| 48 (X) Equitable Insurance Co. | A | Int. | J | T | "whole life" | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _____5/9/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544